■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAEBELLE BROWNING-BLAND, Appellant.—Appeal from a judgment of the County Court of Albany County (Turner, Jr., J.), rendered April 14, 1989, convicting defendant upon her plea of guilty of the crime of assault in the second degree.

Appeal dismissed *(see, People v Seaberg,* 74 NY2d 1, 10; *People v Harvey,* 124 AD2d 943, 944, *lv denied* 69 NY2d 746). Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.